**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

GAEDEKE HOLDINGS VII, LTD.,     )
                                        )
       Plaintiff,                    )
                                        )
-vs-                                )        Case No. CIV-19-344-F
                                        )
STAMPS BROTHERS OIL AND       )
GAS, LLC, et al.,              )
                                        )
       Defendants.              )
_____ )
                                        )
GRANDE OIL & GAS, INC.,        )
                                        )
       Plaintiff,                    )
                                        )
-vs-                                )
                                        )
GAEDEKE OIL & GAS              )
OPERATING, LLC and GAEDEKE    )
HOLDINGS VII, LTD.,            )
                                        )
       Defendants,             )
                                        )
-vs-                                )        Case No. CIV-20-170-F
                                        )
CHARLES A. SWANSON,        )
                                        )
       Counter-Defendant.    )

## **ORDER**

The court is in receipt of the Notice of Bankruptcy Filing for Stamps Brothers Oil & Gas, LLC, filed April 10, 2024.  Doc. no. 157 in Case No. CIV-19-344-F.  The

notice advises that a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code was filed by Stamps Brothers Oil & Gas, LLC on April 9, 2024. The bankruptcy case is pending in the United States Bankruptcy Court for the Western District of Oklahoma, Case No. 24-10926.

Gaedeke Holdings VII, Ltd.'s action against Stamps Brothers Oil & Gas, LLC in Case No. CIV-19-344-F is therefore stayed pursuant to 11 U.S.C. § 362.  While section 362 of Title 11 extends the stay provisions of the Bankruptcy Code to the "debtor," the rule followed in the Tenth Circuit is that the stay provision does not extend to the debtor's co-defendants.  *See*, Oklahoma Federated Gold and Numismatics, Inc. v. Blodgett, 24 F.3d 136, 141 (10th Cir. 1994) (citing Fortier v. Dona Anna Plaza Partners, 747 F.2d 1324, 1330 (10th Cir. 1984)) (other citation omitted).  A narrow exception to this rule has been recognized, *see*, A.H. Robins Co., Inc. v. Piccinin, 788 F.2d 994, 999 (4th Cir. 1986), *cert. denied*, 479 U.S. 876 (1986), but there is no indication in the notice that the remaining defendants would fall within the exception.  Therefore, until otherwise notified, Gaedeke Holdings VII, Ltd.'s action in Case No. CIV-19-344-F continues as against the remaining defendants.

DATED this 11th day of April, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0344p010.docx

2