# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAEDEKE HOLDINGS VII, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> STAMPS BROTHERS OIL AND ) <br> GAS, LLC, et al., ) <br> ) <br> Defendants. ) <br> ──────────────────────── ) <br> ) <br> GRANDE OIL & GAS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> GAEDEKE OIL & GAS ) <br> OPERATING, LLC and GAEDEKE ) <br> HOLDINGS VII, LTD., ) <br> ) <br> Defendants and ) <br> Counterclaim Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> CHARLES A. SWANSON, ) <br> ) <br> Counterclaim Defendant. ) | Case No. CIV-19-344-F <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. CIV-20-170-F |

## **<u>ORDER</u>**

The court is in receipt of a paper submitted by Charles A. Swanson (doc. no. 176 in CIV-19-344-F and doc. no. 141 in CIV-20-170-F) to enter his appearance *pro*

*se* in compliance with the court's orders (doc. nos. 165 and 175 in CIV-19-344-F and doc. nos. 132 and 140 in CIV-20-170-F).

Rule 11(a), Fed. R. Civ. P., requires "[e]very pleading, written motion, and *other paper*" "be signed . . . by a party personally if the party is unrepresented" and the paper "must state the signer's address, email address, and telephone number." Rule 11(a), Fed. R. Civ. P. (emphasis added).

Although Mr. Swanson signed the paper to enter his appearance *pro se*, it does not state his address, email address, and telephone number.[1] Without such information, the court has no ability to contact Mr. Swanson, or to mail him any orders filed.

Accordingly, the court **ORDERS** as follows:

(1) The paper submitted by Charles A. Swanson (doc. no. 176 in CIV-19-344-F and doc. no. 141 in CIV-20-170-F) to enter his appearance *pro se* is **STRICKEN** for failure to comply with Rule 11(a), Fed. R. Civ. P;

(2) Mr. Swanson is **DIRECTED** to enter an appearance *pro se*, which complies with Rule 11(a), Fed. R. Civ. P., within 14 days from the date of this order;

(3) Mr. Swanson's previous counsel, Jodi C. Cole and Katherine M. Crowley of the law firm McAfee & Taft A Professional Corporation, are **DIRECTED** to serve this order upon Mr. Swanson; and

(4) Failure of Mr. Swanson to comply with this order may result in an order from the court that is just, which may include a judgment in favor of Gaedeke Holdings VII, Ltd. and against Mr. Swanson on pending claims of the Second Amended Complaint in CIV-19-344-F and a

---

[1] According to the court clerk, the paper was hand-delivered to the court clerk's office for filing.

2

judgment in favor of Gaedeke Oil & Gas Operating, LLC and Gaedeke Holdings VII, Ltd. and against Mr. Swanson on the pending counterclaims in CIV-20-170-F.

DATED this 12th day of September, 2024.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0344p017.docx

3